## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| FIRST NATIONAL BANK OF TENNESSEE, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. |
| v. | ) ) | 1:11-CV-02087-ODE |
| PINNACLE PROPERTIES V, LLC, | ) ) | |
| Defendant. | ) ) ) | |

## ACKNOWLEDGEMENT OF SERVICE

PINNACLE PROPERTIES V., LLC., hereby acknowledges service of the Complaint (Docket Item 1) and its Exhibits A through U (Docket Items 1-2 through 1-21), The Civil Cover Sheet (Docket Item 1-22), Electronic Summons (Docket Item 2), and waives all other and further service of process in this matter by and through Registered Agent. The undersigned is not appearing as counsel for any party in this matter at this time.

This _18th_ day of July, 2011.

_____
**Robert J. Proctor**
**Ga. Bar No. 588438**
Registered Agent for Pinnacle
Properties V, LLC

{3519/013/00746071.DOCv1}