**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FIRST NATIONAL BANK OF     )
TENNESSEE,     )
     )
    Plaintiff,     )
     )    CIVIL ACTION FILE NO.
v.     )    1:11-cv-02087-ODE
     )
PINNACLE PROPERTIES V, LLC,  )
     )
    Defendant.     )
_____)

**REQUEST FOR ENTRY OF DEFAULT
PURSUANT TO FED. R. CIV. P. 55(a)**

COMES NOW, Plaintiff First National Bank of Tennessee ("FNBT"), by and through its undersigned counsel, and requests that the Clerk enter default against Defendant Pinnacle Properties V, LLC ("Pinnacle") for failure to timely answer or respond to the Complaint in this matter.

Pursuant to Fed. R. Civ. P. 55(a), "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."   As the Northern District of Georgia recently explained, "there is 'a two-step procedure for obtaining a default judgment.'"  See Frazier v. Absolute Collection Serv., Inc., 767 F. Supp.2d 1354, 1360 n.1 (N.D.

Ga. 2011).  The first step is entry of default by the Clerk.  Id.  The plaintiff may

then submit a motion for default judgment for entry by the Court.  Id.; Fed. R. Civ.

P. 55(b).

The Clerk should enter default here.  FNBT filed its Complaint for

Declaratory Judgment ("Complaint") against Pinnacle on June 27, 2011 [Doc. 1].

The Complaint contained a count for declaratory judgment that the "Unenforceable

Agreement" is void for failure of consideration.  See Complaint, Count One.

FNBT sought relief by a judgment declaring that the "Unenforceable Agreement"

is void and invalid and that FNBT may foreclose on its Security Deed.  Id. at

Wherefore Clause (B).

Pinnacle acknowledged service of the Complaint on July 18, 2011.

Pinnacle's answer was due on August 8, 2011.  See Fed. R. Civ. P. 12(a).  Pinnacle

failed to file an answer or otherwise respond by the deadline to do so and has still

not answered to date.

FNBT filed an Amended Complaint for Declaratory Judgment ("Amended

Complaint") on August 4, 2011 [Doc. 7]. FNBT did not add any new counts in its

Amended Complaint.  The time to respond to the Amended Complaint was "within

the time remaining to respond to the original pleading or within 14 days after

service of the amended pleading." Fed. R. Civ. P. 15(a)(3). Filing an Amended

Complaint under Rule 15 did not, however, extend the time for Pinnacle to respond to the Complaint.

**WHEREFORE,** FNBT respectfully requests that the Clerk enter default against Pinnacle.

Respectfully submitted this 19th day of August, 2011.

**SCHULTEN WARD & TURNER, LLP**

_s/ Andrea L. Pawlak_
Kevin L. Ward, Ga. Bar No. 737020
Andrea L. Pawlak, Ga. Bar No. 142541
*Counsel for First National Bank of Tennessee*

Schulten Ward & Turner, LLP
260 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Facsimile)
klw@swtlaw.com
alp@swtlaw.com

## CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel for FNBT hereby certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this 19th day of August, 2011.

SCHULTEN WARD & TURNER, LLP


*s/ Andrea L. Pawlak*
Kevin L. Ward, Ga. Bar No. 737020
Andrea L. Pawlak, Ga. Bar No. 142541
*Counsel for First National Bank of Tennessee*

Schulten Ward & Turner, LLP
260 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Facsimile)
klw@swtlaw.com
alp@swtlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the above and foregoing **Request for Entry of Default Pursuant to Fed. R. Civ. P. 55(a)** upon Counsel for Pinnacle Properties V, LLC via United States mail, postage prepaid, properly sealed and addressed to:

> Steven J. Estep, Esq.
> Jefferson M. Allen, Esq.
> Cohen Cooper Estep & Allen
> 3330 Cumberland Blvd. Suite 600
> Atlanta, GA 30339

and to counsel for Non-Party Cornerstone Bank by electronically filing same which sends a notification of filing through the CM/ECF system to:

> John J. Richard, Esq.
> jrichard@taylorenglish.com
> Sean R. Smith, Esq.
> ssmith@taylorenglish.com
> Kyle M. Baker, Esq.
> kbaker@taylorenglish.com
> Taylor English Duma, LLP
> 1600 Parkwood Circle, Suite 400
> Atlanta, Georgia 30339

So certified this 19th day of August, 2011.

> **SCHULTEN WARD & TURNER, LLP**
>
> *s/ Andrea L. Pawlak*
> Kevin L. Ward, Ga. Bar No. 737020
> Andrea L. Pawlak, Ga. Bar No. 142541
> *Counsel for First National Bank of Tennessee*

Schulten Ward & Turner, LLP
260 Peachtree Street, Suite 2700
Atlanta, Georgia 30303
404-688-6800 (Phone)
404-688-6840 (Facsimile)
klw@swtlaw.com
alp@swtlaw.com